IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Linda S. Gabler,

Plaintiff,

v.

Ezra Mizrahi,

Defendant

Civil Action No. 96-1665 CIV-LENARD

MAGISTRATE BANDSTRA

NIGHT BOX FILED JUN 17 1996 CARLOS JUENKE CLERK, USDC / SDFL / MIA

**COMPLAINT**

Plaintiff, Linda S. Gabler, by and through her undersigned counsel, for her Complaint, alleges as follows:

1. Plaintiff is a resident of Pennsylvania, having an address at 1566 Hummingbird Court, Yardley, Pennsylvania 19067.

2. On information and belief, Defendant is a resident of Florida, and has a place of business at 394 Northwest 24th St., Miami, FL 33127.

3. This Court has jurisdiction over the subject matter of this action under 28 U.S.C. section 1338 and 35 U.S.C. section 281, insofar as this is an action for patent infringement.

4. This Court also has jurisdiction over the subject matter of this action under 28 U.S.C. section 1332, relating to diversity of citizenship, because the parties are citizens of different states, and the amount in controversy is believed to exceed $50,000.00, exclusive of interests and costs.

5. Venue is proper in this district under 28 U.S.C. section 1391(b), because Defendant resides in, and may be found in, this district.

6. U.S. Patent No. 5,481,758 (hereinafter "the '758 patent") was duly issued to Plaintiff, by the U.S. Patent and Trademark Office, on January 9, 1996. The '758 patent is currently owned by Plaintiff. A copy of the '758 patent is attached to this Complaint as Exhibit "A".

7. Defendant has been making, using, selling, and/or advertising products covered by at least one claim of '758 patent.

8. Defendant's acts have been willful, insofar as Defendant has had actual knowledge of the '758 patent.

9. Defendant has willfully infringed, and is currently infringing, the '758 patent.

10. On information and belief, the damages suffered by Plaintiff, due to Defendant's infringement, exceed the sum of $50,000.00.

11. Plaintiff has complied with all conditions precedent to suit or they have otherwise been waived.

WHEREFORE, Plaintiff prays that the Court enter an order decreeing:

1) that Plaintiff is the owner of the '758 patent, and that Plaintiff has the right to recover for infringement thereof;

2) that the '758 patent is valid and enforceable;

3) that Defendant has infringed the '758 patent, and that such infringement has been willful;

4) that Defendant be enjoined, both preliminarily during the pendency of this action, and permanently thereafter, from further infringement of the '758 patent;

5) that Defendant be required to account for all damages caused to Plaintiff by the infringing activities of Defendant, in an amount not less than $50,000.00, and that such damages be trebled and that interest be added, as provided by law;

6) that Plaintiff be awarded its reasonable attorneys' fees and costs of this action; and

7) that Plaintiff be awarded such other relief as the Court shall deem just and proper.

Guy Bennett Rubin, Esq.
Attorney for Plaintiff
Florida Bar No. 691305
Rubin & Rubin
P.O. Box 395
Stuart, FL 34995
(407) 283-2004

Of Counsel:

William H. Eilberg, Esq.
820 Homestead Road
P.O. Box 7
Jenkintown, PA 19046
(215) 885-4600

US005481758A

# United States Patent [19]

Gabler

[11] Patent Number: 5,481,758

[45] Date of Patent: Jan. 9, 1996

[54] GARMENT HAVING A MESSAGE RELATING TO MONEY PRINTED THEREON AND ADJACENT TO A REPRODUCTION OF PAPER MONEY ATTACHED THERETO

[76] Inventor: Linda S. Gabler, 1566 Hummingbird Cir., Yardley, Pa. 19067

[21] Appl. No.: 320,868

[22] Filed: Oct. 11, 1994

[51] Int. Cl.[6] A41B 1/00

[52] U.S. Cl. 2/115; 2/227; D2/717; D2/844; 40/586

[58] Field of Search 2/115, 69, 1, 80, 2/106, 105, 108, 102, 94, 227, 228, 238, 244, 246, 247, 249, 250; D2/717, 844; 40/586

[56] References Cited

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,466,136 | 8/1984 | Bottom et al. | 2/115 |
| 4,772,503 | 9/1988 | Donsky | 2/115 |
| 4,813,081 | 3/1989 | Cliff et al. | D2/717 X |
| 4,875,238 | 10/1989 | Solomon et al. | 2/115 |
| 5,005,218 | 4/1991 | Ganz | D2/717 X |
| 5,052,056 | 10/1991 | Braun | 2/115 |
| 5,121,505 | 6/1992 | Ludmer et al. | 2/115 |
| 5,210,881 | 5/1993 | Stocker, Jr. et al. | 2/115 |

OTHER PUBLICATIONS

*Fashions of Adecade—The 1990's*, p. 43, "Dollar Bill Dress", Elane Feldman.

*Primary Examiner*—C. D. Crowder
*Assistant Examiner*—Gloria Hale
*Attorney, Agent, or Firm*—Edward J. Sites

[57] ABSTRACT

A garment which carries a message in combination with a three-dimensional structure is disclosed. The garment consists of an article of clothing having a reproduction of paper money secured to tile surface of the article of clothing at a position where it appears to be extending from the article of clothing such as from a pocket. The message is applied in close proximity to the paper money reproduction. In use a viewer attention is drawn to the paper money reproduction and the viewer will focus on both the paper money reproduction and the adjacent message. The viewer is then much more likely to read tile message that if only the message is applied to the article of clothing.

13 Claims, 2 Drawing Sheets




EXHIBIT "A"

aintenance fees
years and six
hereafter upon
timing of the
payment of the
n or before the
will expire as of


10
14
I HAVE THE MONEY. HONEY.
IF YOU HAVE THE TIME
20
2-2
12

FIG. 1


32
28
24
16
18
26
12
26
22
30
12
100
ERICA
4139105 A

FIG. 2


34
40
42
38
36
44
46
40
IF YOU WANT MONEY IN YOUR
JEANS SHOP AT XXXXXXXXXX

FIG. 3


48
52
50
54
I AM WORTH IT
56

FIG. 4

# GARMENT HAVING A MESSAGE RELATING TO MONEY PRINTED THEREON AND ADJACENT TO A REPRODUCTION OF PAPER MONEY ATTACHED THERETO

## BACKGROUND OF THE INVENTION

1. Field of the Invention

This invention is concerned with a garment having a message on tile outer surface. More particularly this invention is concerned with a garment having a message displayed thereon and having an associated feature for attracting and focusing a viewer attention to the message.

2. Description of Related Prior Art

Articles of clothing such as tee shirts, jeans, jackets, hats and the like commonly have messages applied to the exposed outer surface which are intended to be read by persons seeing the garment on the wearer. The messages applied to the clothing can be humorous, suggestive, protest statements, indicate membership in an organization, commercial advertisements and the like. An individual who wishes to convey a personal message to the general public wears the garment with tile message and often hopes the message will invite personal comments and individual contact with persons reading the message. Commercial enterprises often pay for the manufacture of articles of clothing printed with advertisements and then give the articles away with the hope the recipients will wear tile articles in public and thereby bring their message to the public.

The manufacture and sale of articles of clothing having message on them, and in particular tee shirts, has become an important sub-industry. There are numerous small "garage" size shops that produce only a few dozens tee shirts at a time. There are also large manufacturers who print thousands of tee shirts with one specific message.

A problem that has been encountered in the industry is that articles of clothing having messages applied to them have become commonplace. For example, in a group of persons in an informal situation where tee shirts can be worn, it is often difficult to find a person not wearing a tee shirt with a message printed on it. This proliferation of articles of clothing having messages printed on them has resulted in most persons becoming so used to messages on the garments and having seen so many messages that they typically no longer bother to read the messages.

Attempts have been made to make the message garments more eye catching and thus more likely to have the messages read by the public. A commonly used technique is to make the garment of an unusual or vivid color, such as a neon yellow or safety orange. It has also been attempted to use bright colors for the printed message. The unique colors at best have been found to momentary attract a viewer's attention to the wearer but still do not interest the average viewer enough to read the message.

It has been determined that the average person, as the result of having been overexposed to messages on articles of clothing, does not want to spend the time and energy required to read and understand most messages. Messages on garments are now generally treated in much the same way as commercial advertisements on television, radio and in magazines which are typically ignored unless there is some special interest in the message.

What would be highly desirable would be a garment having a message displayed on it in a manner which will attract the attention of a causal viewer to the message and induce the viewer to read the message.



## SUMMARY OF THE INVENTION

In accordance with this invention it has been found that the attention a causal viewer can be very effectively drawn to a message on a garment and the viewer enticed to read the message by applying to an article of clothing a highly realistic reproduction of paper money which appears to be protruding from the garment, such as cash extending from a pocket, and placing the message to be read in close proximity to the paper money reproduction. In practice it was found that the casual viewer on first seeing what appears to be money sticking out from the wearer's garment becomes very interested and focuses closely on the apparent money. Once the viewer attention is obtained and he has focused on the apparent money, the viewer will read the associated message on the garment. This invention has been found to be particularly effective if the content of the message is somehow connected to money.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is an illustration of a pocket tee shirt in accordance with this invention having a message and an associated paper money reproduction in the pocket area.

FIG. 2 is an enlarged illustration of the paper money reproduction of FIG. 1.

FIG. 3 is an illustration of the back of a pair of jeans in accordance with this invention having a commercial message and an associated paper money reproduction in the area of the back pocket.

FIG. 4 is an illustration of a halter top in accordance with this invention having a message and an associated reproduction of paper money extending from tile halter

## DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENTS

The articles of clothing which can be used in the practice of this invention can be selected from essentially all article of clothing which are worn by a person on which message can be placed to be read by other persons. The article of clothing most preferred for use in the invention is a pocket tee shirt. A pocket tee shirt is a tee shirt which has a patch pocket sewn on tile breast area of the tee shirt. The pocket tee shirt is preferred because of its relatively low cost, wide spread use as a garment, large area for placement of messages and the pocket is especially useful in the practice of this invention this, as will be explained below in greater detail. Other article of clothing can also be used in this invention. The articles of clothing typically employed, like the pocket tee shirt, are outer garments intended to be seen on the wearer in public. In addition to the pocket tee shirt, this includes conventional button shirts, jackets which can be both causal jackets for personal wear and uniform jackets, vests, pants and shorts and in particular jeans. The article of clothing that can be employed in this invention are not however limited to outer garments. This invention can also be used with article of clothing normally only seen in private such novelty children's sleep wear, novelty underwear such as bras, panties, boxer shorts, night gowns and so forth.

The messages applied to articles of clothing are intended to be read by a person seeing the garment on the wearer. The message is typically applied on the front of the clothing such as on the chest area of a pocket tee shirt. The message can also be applied in other areas such on the seat area of a pair of pants or shorts. The location of the message in accordance with this invention is in close proximity to a reproduction of

money as will be explained below in more detail.

The content of the messages which is applied is limited only by the imagination of persons making the message garment. The message can be same or similar to those now commonly applied to message garments such as humorous comments, suggestive statements, protest statements, indications of membership in an organization, commercial advertisements and the like. Even using conventional messages, it has been found that using the present invention the message will be read much more often than with the prior art message garments. It has been further found that if the message is related to money in some way that a substantially higher percentage of viewers will read the message.

A very important aspect of this invention is a paper money reproduction which is applied to the article of clothing. The paper money reproduction to be effective, has to be very realistic and definitely appears to be real at the distance a viewer will normally observe the garment on the wearer. This requires that the paper money reproduction appear to have the texture of money and appear to be separate from the garment and preferably in three dimensions. Attempts to achieve this result by printing a reproduction of money directly on an article of clothing, even with high quality silk screen printing, have not been successful. It was difficult to consistently obtain the required color combinations and minute details to achieve a realistic appearance of money. The printed on reproductions also assume the texture of tile clothing fabric and move along with the fabric so that it is very easy for even inexperienced observers to detect that the printed on reproduction is not real. Once this is determined by a viewer it was found the viewer typically did not bother to read the message.

Very realistic reproductions of money can be obtained by using separate fabric substrates for the reproductions which are applied to the surface of the clothing. The fabric reproductions are preferably sewn to the clothing so as to cause a limited amount of puckering of the substrate fabric. This gives the paper money reproductions a three-dimensional appearance characteristic of crumpled paper money. The fabric used to make the representation should have sufficient body so as to hold its shape independent of the fabric of the clothing on which it is applied. Fabrics such as four to six ounces per square yard nylon taffeta are well suited for this application.

The representation of the desired currency is applied to the fabric substrate selected for the money reproduction. This can be done by overall printing the fabric substrate using conventional well known methods. This method, while useful, has the disadvantage that the required color matching to simulate paper money is difficult to obtain consistently. Furthermore the morley reproductions produced in this manner lack a certain realism. A substantial improvement can be obtained in the printing process by initially dying the fabric substrate to the exact color of the background of the selected type of money to be reproduced. For example, United States currency can be printed on a substrate fabric dyed the characteristic green-gray of the United States money background. The additional black and bright green printing can then be printed on the fabric substrate to complete the indicia on the bills such as the pictures, decorative engraving, serial numbers and denominations. The use of the predyed fabric substrate eliminates much of the problems of color matching encountered in printing. This type of printed money reproduction is reasonably good but still lacks a certain desired realism.



What has been found to be especially useful in the invention, because of the extremely high degree of realism which can be obtained, is jacquard woven paper money reproductions. The required half tones, full color printing and the appearance of fine engraving are easily obtained by jacquard weaving or other similar well-known processes. The individual threads in the weave impart a high degree of realism to the final product. The weaving process also imparts desired stiffness and surface texture to the reproduction.

The type of money which is reproduced for use in the invention is preferably relatively high denominations such as fifty and hundred dollar bills so as to better attract and hold the attention of a casual viewer. The display of what appears to be money invokes a unique interest and response in most causal observers because money is not normally displayed in the open. There is also the general interest consensus that money is essential to everyone.

The display of the money reproduction can be made with a single bill. A much more realistic appearance can be obtained however if several bills of the money reproduction are used in combination and are overlaid. This arrangement gives a true three dimensional effect, to the paper money reproductions on the garment.

An important feature of this invention is the relative placement of the money reproduction and the message. The money reproduction is positioned on the article of clothing in a manner so as to appear to be held in the garment and extending from the garment, typically in a haphazard manner. For example, the paper money reproduction can be positioned so as to appear to be sticking out from a pocket of the article of clothing. With a pocket tee shirt the paper money reproduction would be seen as extending from the shirt pocket. Positions other than pockets can likewise be used for placement of the paper money reproduction including for example the waist band of a pair of pants or other places were money might concievable be placed by a person wearing the garment. The position of the money reproduction has been found to be important. The positioning of the money reproductions increases the realism and might even raise the possiblity in the mind of the viewer that the apparent money may be dropped by the wearer. Viewers will also invest their time when it appears money is involved. Whatever the reason, the placement of the money as noted above definitely draws attention of causal viewers as compared to money reproduction sewn flat on a conventional display area.

The location of the message relative to the money reproduction is likewise important. The purpose of the money reproduction is to draw the attention of the viewer. The viewer standing at a distance when he sees the money will focuses his eyes on the money reproduction and the area immediate adjacent the money reproduction. The message accordingly should be in close proximity to the paper money reproduction. This allows the viewer and indeed causes the viewer to see the message. The message can be beside the money reproduction, below it or above it providing it is in the focus area of the viewer when looking at the paper money reproduction. A complete separation of the money reproduction and the message, such as having the money representation on the front of the garment and the message on the back of the garment, has little or no effect.

The message can be applied to the clothing by various well known methods such as being printed directly on the garment or applied as a patch.

In the figures there are shown various embodiments of this invention for purposes of illustration. This invention however is not limited to the specific examples shown and includes other embodiments which will be obvious once having been made aware of this disclosure.

In FIG. 1 there is illustrated a pocket tee shirt 10. A patch pocket 12 is sewn of the breast area of the tee shirt 10. A paper money reproduction 14 is shown extending from the pocket 12 of the tee shirt 10. The paper money reproduction 14 is comprised of what appears to be two one hundred bills 16, 18 laying one on top of the other and stuffed into the pocket 12. Immediately beside the paper money representation 14 a message 20 is printed directly on the tee shirt 10 which reads "I have the money, honey if you have the time". This is a typical personal message well suited for this type of tee shirt. The message 20 relates to money so it ties in with the paper money reproduction 14. The wearer of this type of garment would typically expect persons reading the message and to comment him or her. This type of shirt 10 with the money reproduction 14 and associated message 20 has proven to be very effective as compared to a similar shirt having only the printed message.

In FIG. 2 there is shown an enlargement 18 of the jacquard woven paper money reproduction 14 used in FIG. 1 taken as indicated by the lines and arrows 2—2 on FIG. 1. The limitation of showing the paper money reproduction 14 in this figure and the other figures in two dimensions limits the ability of the reader to fully appreciate the realistic reproduction and three dimensional effect obtained using jacquard woven reproductions. The paper money reproduction 14 is shown sewn at the edges 24 to the fabric of the tee shirt 10. The paper money reproduction is applied so as to be some what puckered so as to form folds 26 in the reproduction 14 which give the appearance of crumped paper money. The weaving of the paper money reproduction allows the half tone areas 28 and fully print areas 30 to appear distinctly. The individual threads 32 of the woven reproduction simulate the engraving on a real bill.

In FIG. 3 there is shown an alternative embodiment 34 of this invention. A pair of jeans 36 is shown have a paper money reproduction 38 similar to that used in FIG. 1 extending from a back pocket 40. The money reproduction 38 is positioned to appear as if two one hundred dollar bills 40, 42 are sticking out from the pocket 40. A message 44 is applied below the money representation. In this case the message 44 is 20 printed on a separate piece of cloth and applied to the pocket 40 of the jeans 36 so as to appear to be a repair patch. The message 40 on the jeans 36 is an example of a commercial message and reads "If you want money in your jeans shop at xxxxx." This message 40 likewise ties together paper money reproduction and the content of the message 40. A similar commercial message could be applied to a uniform jacket (not shown) where the paper money reproduction would extend from a front pocket with company name and advertisement next to the money reproduction.

In FIG. 4 there is shown a further alternate embodiment of the invention having the paper money reproduction 48 located at a position other than at a pocket. In this illustration a halter top 50 is shown wherein the paper money reproduction 48 extends from the edge of one of the cups 52 of the halter top 50 to make it appears ,that hundred dollar bills are stuffed in the halter top 50. On the band 54 of the halter top 50 a message 58 is displayed which reads "I am worth it." This is an example of an alternative but highly effective placement of the paper money reproduction 48 and the message 56. Another example of this type of positioning would be having the money reproduction extending from the waist band of a pair of men's boxer shorts (not shown).

The scope of this invention includes the use of different types of garments, different types of messages, the use of different types of money reproductions such as using pound notes for garments to be sold in England and the like. The scope of the present invention is not limited by the specific embodiments described above and is defined by the subjoined claims.

What is claimed is:

1. A message garment comprised of an article of clothing, a reproduction of paper money and a message; said reproduction of paper money having the appearance of real paper money when viewed from a distance at which a viewer will normally observe the garment on a wearer, said reproduction of paper money being formed on a separate fabric substrate and being secured to a surface of the article of clothing which will be exposed when the garment is worn; and said reproduction of paper money being positioned on the article of clothing at a location where it appears that the reproduction of the paper money is extending from and separate from the article of clothing; and said message being applied to the surface of the article of clothing which will be exposed and being in sufficiently close proximity to the reproduction of the paper money to cause a viewer when focused on the reproduction of the paper to also focus on the message.

2. The message garment according to claim 1, wherein the article of clothing includes a pocket and the reproduction of paper money is immediately adjacent the pocket so as to give the appearance that the money is extending out from the pocket.

3. The message garment according to claim 1 wherein the article of clothing is a pocket tee shirt and the paper money reproduction is positioned immediately adjacent the pocket of the pocket tee shirt so as to appear that money is extending from the pocket.

4. The message garment according to claim 1 wherein the paper money reproduction is comprised of a reproduction of a high denomination paper money bill.

5. The message garment of claim 4 wherein the paper money reproduction is comprised of a plurality of separate reproduction of paper bills.

6. The message garment according to claim 5 wherein the separate reproductions of paper money are partially overlayed and thereby produce a three dimensional effect.

7. The message garment according to claim 1 wherein indica for producing the paper money reproduction is printed on the fabric substrate.

8. The message garment according to claim 1 wherein the paper money reproduction is a woven fabric.

9. The message garment according to claim 1 wherein the paper money reproduction is a jacquard woven fabric.

10. The message garment according to claim 1 wherein the message is printed directly on the article of clothing.

11. The message garment according to claim 1 wherein the message is applied to a substrate and the substrate is secured to the surface of the article of clothing.

12. The message garment according to claim 1 wherein the article of clothing is a pair of jeans and the paper money reproduction is applied adjacent a back pocket so as to appear that money is extending from the back pocket.

13. The message garment according to claim 1 wherein the message is related to money.

* * * * *

# CIVIL COVER SHEET

96-1665

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I (a) PLAINTIFFS**

Linda S. Gabler

**DEFENDANTS**

Ezra Mizrahi

CIV-LENARD

MAGISTRATE BANDSTRA

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF Bucks County
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT ____________
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

A-DADE 96CV1665-JAL/TEB

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

Rubin and Rubin
P.O. Box 395
Stuart, FL 34995

ATTORNEYS (IF KNOWN)

**(d) CIRCLE COUNTY WHERE ACTION AROSE:**
(DADE), MONROE, BROWARD, PALM BEACH, MARTIN, ST. LUCIE, INDIAN RIVER, OKEECHOBEE, HIGHLANDS

**II. BASIS OF JURISDICTION**
(PLACE AN X ONE BOX ONLY)

- ☐ 1. U.S. Government Plaintiff
- ☒ 3. Federal Question (U.S. Government Not a Party)
- ☐ 2. U.S. Government Defendant
- ☐ 4. Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES**
(For Diversity Case Only)
(PLACE AN X IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated of Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

NIGHT BOX FILED

JUN 17 1996

CARLOS JUENKE
CLERK, USDC / SDFL / MIA

**IV. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)

35 U.S.C. 281, patent infringement

**IVa.** 3 **days estimated (for both sides) to try entire case**

**V. NATURE OF SUIT** (PLACE AN X IN ONE BOX ONLY)

**A CONTRACT**
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excl Veterans) B
- ☐ 153 Recovery of Overpayment of Veteran's Benefits B
- ☐ 160 Stockholder's Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability

**A REAL PROPERTY**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure B
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**A TORTS**

PERSONAL INJURY
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury
- ☐ 362 Personal Injury-Med Malpractice
- ☐ 365 Personal Injury-Product Liability
- ☐ 368 Asbestos Personnel Injury Product Liability

PERSONAL PROPERTY
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending B
- ☐ 380 Other Personnel Property Damage
- ☐ 385 Property Damage Product Liability

**A CIVIL RIGHTS**
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/Accommodations
- ☐ 444 Welfare
- ☐ 440 Other Civil Rights

**B PRISONER PETITIONS**
- ☐ 510 Motions to Vacate Sentence Habeas Corpus
- ☐ 530 General *
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other *
- ☐ 550 Civil Rights

* A or B

**B FORFEITURE PENALTY**
- ☐ 610 Agriculture
- ☐ 620 Other Food & Drug
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 630 Liquor Laws
- ☐ 640 R.R. & Truck
- ☐ 650 Airline Regs
- ☐ 660 Occupational Safety/Health
- ☐ 690 Other

**A LABOR**
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor Management Relations B
- ☐ 730 Labor Management Reporting & Disclosure Act
- ☐ 740 Railway Labor Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Employee Ret. Inc. Security Act B

**A BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**A PROPERTY RIGHTS**
- ☐ 820 Copyrights
- ☒ 830 Patent
- ☐ 840 Trademark

**B SOCIAL SECURITY**
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**A FEDERAL TAX SUITS**
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS-Third Party 26 USC 7609

**A OTHER STATUS**
- ☐ 400 States Reappointment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce/ICC Rates/etc. B
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 810 Selective Service
- ☐ 850 Securities/Commodities/Exchange
- ☐ 875 Customer Challenge 12USC3410
- ☐ 891 Agricultural Acts
- ☐ 892 Economic Stabilization Act
- ☐ 893 Environmental Matters
- ☐ 894 Energy Allocation Act
- ☐ 895 Freedom of Information Act
- ☐ 900 Appeal of Fee Determination Under Equal Access to Justice
- ☐ 950 Constitutionality of State Statutes
- ☐ 890 Other Statutory Actions *

* A or B

**VI. ORIGIN** (PLACE AN X IN ONE BOX ONLY)
- ☒ 1. Original Proceeding
- ☐ 2. Removed From State Court
- ☐ 3. Remanded from Appellate Court
- ☐ 4. Refiled
- ☐ 5. Transferred from another district (Specify)
- ☐ 6. Multidistrict Litigation
- ☐ 7. Appeal to District Judge from Magistrate Judgment

**VII. REQUESTED IN COMPLAINT** CHECK IF THIS IS A ☐ UNDER F.R.C.P. 23 **CLASS ACTION** **DEMAND $**

☐ Check YES only if demanded in complaint: **JURY DEMAND:** ☐ YES ☐ NO

**VIII. RELATED CASE(S) IF ANY** (See Instructions): JUDGE ____________ DOCKET NUMBER ____________

DATE
June 1996

SIGNATURE OF ATTORNEY OF RECORD

UNITED STATES DISTRICT COURT
S/F 1-2
REV. 9/94

FOR OFFICE USE ONLY: Receipt No. 644003 Amount: 120
Date Paid: 6/18/96 M/ifp: ____________